# United States Bankruptcy Court
# Southern District of Florida

**In re**
Jennifer Bradley Corporation
Jennifer Bradley Davis
_____
Debtor 1

Last four digits of SSN or ITIN __4718__

Case no. 23-11971

Chapter 7

_____
Debtor 2

Last four digits of SSN or ITIN _____

FILED-USBC FLS-FTL
'23 MAR 28 PM 12:__

**Title of document:** Request for Extension of Time

To whom it may concern, may I please have some more time to submit the required documents? I would really appreciate it, as I am filing without an attorney, and this has not been easy.

Date: 03/28/2023    Signature: Jennifer Bradley Davis

Date: _____    Signature: _____